STATE of Missouri, Respondent,

v.

George P. BROWN, Appellant.

Nos. WD 50894, WD 52540.

Missouri Court of Appeals,
Western District.

May 13, 1997.

Rebecca L. Kurz, Asst. Appellate Defender, Kansas City, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., David R. Truman, Asst. Atty. Gen., Jefferson City, for Respondent.

Before LOWENSTEIN, P.J., and SPINDEN and HOWARD, JJ.

### ORDER

PER CURIAM.

Defendant appeals convictions for first degree murder, armed criminal action and robbery. He alleges instructional error and failure of trial court to sua sponte declare a mistrial for improper closing argument. He appeals the denial of his Rule 29.15 motion for failure to rule defense counsel's conduct deficient. Judgments affirmed. Rules 30.25(b) and 84.16(b).